JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. MERCADO,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>SCOTT FRAUENHEIM,<br>Warden,<br><br>　　　　Respondent. | Case No. ED CV 17-2347-R (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 26, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE